# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Susan E. Wick,
Debtor

Bankruptcy No. 97-45270
Adversary No. 99-4284

John R. Stoebner, Trustee,
Plaintiff-Respondent,

Case No. Civil 00-1790 DDA

v.

**JUDGMENT IN A CIVIL CASE**

Susan E. Wick; Teaching Temps, Inc.;
and Nichols Kaster & Anderson
Defendants-Appellants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The judgment of the bankruptcy court is reversed;

2. Judgment shall be entered in favor of Appellants Susan E. Wick and Nichols, Kaster & Anderson;

3. The clerk shall enter judgment as follows:

> It is hereby judged and decreed that the bankruptcy estate of the Debtor, Susan E. Wick, has no claim to the proceeds of the sale of the Debtor's stock in TTI. The Trustee of the Debtor's bankruptcy estate shall return any such proceeds in his possession along with any accumulated interest thereon to the Debtor.

4. Execution of judgment shall be stayed for thirty days from the date of this order.

DATE: January 2, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

(9)