**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Susan E. Wick,

Debtor.

John R. Stoebner, Trustee,

Plaintiff-Respondent,

vs.

Susan E. Wick; Teaching Temps, Inc.; and Nichols Kaster & Anderson,

Defendants-Appellants.

Case No. 00-1790 DDA

Bankruptcy No. 97-45270
Adversary No. 99-4284

**ORDER**

---

Nichols Kaster & Anderson, by DONALD H. NICHOLS and NICHOLAS G.B. MAY, for Defendants-Appellants.

Lapp, Libra, Thomson, Stoebner & Pusch, Chartered, by JOHN R. STOEBNER and DAVID A. HARBECK, for Plaintiff-Respondent.

---

The Eighth Circuit Court of Appeals issued its mandate in this case on February 6, 2002. In accordance with the opinion of the Court of Appeals, this Court's order for judgment dated January 2, 2001, is hereby VACATED and the judgment of the Bankruptcy Court dated June 28, 2000, is in all things AFFIRMED.

Dated: February 27, 2002

DONALD D. ALSOP, Senior Judge
United States District Court

FEB 27 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK